IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> ANGEL L. VERA LAMBOY <br> SSN 4882 <br><br>    Debtor | CASE NO. 21-03708 MCF <br><br> CHAPTER 13 <br><br> *Motion Requesting Extension of Time (30 days) to Commence Plan Payments doc #21* |
|---|---|

DSO OBJECTION TO EXTENDED TIME TO COMMENCE PAYMENT at doc #21

TO THE HONORABLE COURT:

COME NOW DSO Claimant Ileana Rodriguez Gonzalez through her legal representation and respectfully prays for the disallowance of doc #21 as requested:

1. The debtor filed his petition on December 16, 2021 under chapter 13. Refer to doc #1 and the §341 Meeting of Creditors was rescheduled to . January 19,2022.
2. Almost one month [29 days] after filing his bankruptcy petition, on January 14, 2022 at doc # 21 debtor filed his Plan and simultaneously requested an extension of 30 days in which to commence payment under the Plan, requesting a total of 59 days to commence payment after filing the petition under the 60-month Plan.
3. Debtor's request does not plead or show cause for such an extension of time.
4. The extension is to begin making payments approximately 59 days after filing the petition on December 16, 2022.
5. Debtor is employed as a Supervisor for General ALL Contractors Inc. and appears to have regular income as a Supervisor in the company.
6. DSO was being paid the DSO monthly obligation plus an additional amount as a payment plan to her which, although only $100 monthly, at least helped her and her family make ends meet and survive.
7. DSO claimant, opposes any further time to commence making payments.
8. The delay is prejudicial to her and her children and more so if debtor pretends that his attorney receive his compensation prior to distribution to the two DSO claims and for the extended time and delay proposed under the Plan of 5 years.

**WHEREFORE,** Debtor respectfully requests that debtor be denied an extension of of 59 days in total to commence payments under his Plan as requested at doc #21.

1

**NOTICE TO CREDITORS & PARTIES IN INTEREST**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic noticing system that will send notifications, upon information and belief, of such filing to the Chapter 13 Trustee, the U.S. Trustee and to counsel for debtor Eduardo J Mayoral Garcia at emayoral@gmail.com.

In Hatillo Puerto Rico this January 25, 2022.

s/*Melissa Cofán Hernández*
Melissa Cofán Hernández
USDC PR #224206
PO BOX 944
Dorado Puerto Rico 00646
Tel: (787)640-6882
melissacofan@yahoo.com

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.      ASUME
0104-3                               Jose V Toledo Fed Bldg & US Courthouse    PO BOX 71316
Case 21-03708-MCF13                  300 Recinto Sur Street, Room 109          San Juan, PR 00936-8416
District of Puerto Rico              San Juan, PR 00901-1964
Old San Juan
Wed Jan 26 09:53:43 AST 2022

ASUME-DARA CRUZ LLARES               ASUME-ILEANA RODRIGUEZ GONZALEZ           AT&T SERVICES
PO BOX 71316 SAN JUAN PR 00936-8416  PO BOX 71316 SAN JUAN PR 00936-8416       1801 VALLEY VIEW LN
                                                                               DALLAS, TX 75234-8906


DTOP                                 ILEANA RODRIGUEZ GONZALEZ                 LCDA. BERENIE A. IRIZARRY TORRES
PO BOX 41269                         49 CALLE JASPER URB TREASURE POINT        URB. MONTE MAYOR
MINILLAS STATION                     VEGA ALTA PR 00692                        601 CALLE CARPINTERO
SAN JUAN, PR 00940-1269              VEGA ALTA, PR 00692                       DORADO, PR 00646-9446


MONEY EXPRESS                        T-MOBILE                                  ANGEL L VERA LAMBOY
AVE PONCE DE LEON 1519               4515 N SANTA FE AVE                       URB. VILLA DE LA MARINA
SAN JUAN, PR 00908                   OKLAHOMA CITY, OK 73118-7901              29 CALLE LIBRA
                                                                               CAROLINA, PR 00979-1448


EDUARDO J MAYORAL GARCIA             JOSE RAMON CARRION MORALES                MONSITA LECAROZ ARRIBAS
PMB 157                              PO BOX 9023884                            OFFICE OF THE US TRUSTEE (UST)
PO BOX 194000                        SAN JUAN, PR 00902-3884                   OCHOA BUILDING
SAN JUAN, PR 00919-4000                                                        500 TANCA STREET  SUITE 301
                                                                               SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14
```